

# Fourth Court of Appeals
## San Antonio, Texas

October 01, 2013

No. 04-13-00303-CR

Fredys Antonio **VARELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3463
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant has filed a third motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant to file the brief on or before October 28, 2013. Appellant is advised that no further extensions will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2013.

_____
Keith E. Hottle
Clerk of Court